**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**Benjamin F. Ramsey, et al.,**
    **Plaintiffs**

-vs-                      Case No.  1:04-cv-149

**Formica Corporation, et al.,**
    **Defendants**

# JUDGMENT

        **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X        **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that defendants' motion to dismiss is GRANTED.**

Date:  January 5, 2006                    James Bonini, Clerk

                                              By:  <u>s/Mary C. Brown</u>
                                                      Mary C. Brown, Deputy Clerk